FILE COPY

No. 07-14-00161-CR

| | | |
|---|---|---|
| Rex Baker<br>  Appellant | § | From the 137th District Court<br>  of Lubbock County |
| | § | |
| v. | | March 31, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion Per Curiam |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated March 31, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o